UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DYNZA MACKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATTORNEY GENERAL FOR THE )<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Action No. 1:25-cv-01943 (UNA) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of Plaintiff's *pro se* Complaint ("Compl."), and his Application for Leave to Proceed *in forma pauperis* ("IFP"), ECF No. 2. The Court grants Plaintiff's IFP Application, and for the reasons explained below, dismisses this matter without prejudice.

Plaintiff, who was deported from the United States and currently resides in the Bahamas, challenges the removal order issued by the Board of Immigration Appeals and its denial of Plaintiff's I-360 application. *See* Compl. at 3–4. Plaintiff seeks injunctive relief. *See id.* at 4. But a federal district court lacks jurisdiction over a plaintiff's challenge to a removal order. *See* 8 U.S.C. § 1252(a)(5) ("[A] petition for review filed with an appropriate court of appeals . . . shall be the sole and exclusive means for judicial review of an order of removal"); *see Uranga v. U.S. Citizenship & Immigr. Servs.*, 527 F. Supp. 3d 10, 19–20 (D.D.C. 2020) (denying motion for preliminary injunction to enjoin plaintiff's removal from the United States because "the Court lacks jurisdiction to . . . intervene in the removal process"). Such an appeal "shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2); *see Vetcher v. Sessions*, 316 F. Supp. 3d 70, 76 (D.D.C.

2018) (noting that 8 U.S.C. § 1252(a)(5) and (b)(9) "streamline all issues arising from removal proceedings into a petition for review that must be filed with a court of appeals after a final order of removal from the BIA"). Consequently, the United States Court of Appeals for the Third Circuit has exclusive jurisdiction over Plaintiff's claims. *See Mackey v. Oddo*, No. 24-cv-116, 2024 WL 5429311, at *1 (E.D. Pa. Nov. 4, 2024) (indicating that Plaintiff's immigration proceedings took place at the Elizabeth Immigration Court in Elizabeth, New Jersey); EOIR Automated Case Information Search by A-Number, https://acis.eoir.justice.gov/en/caseInformation (same) (last visited 7/30/2025);[1] *see also* Compl. Exhibits, ECF No. 1-2, at 1 (indicating that DHS processed Plaintiff's removal at the Moshannon Valley Processing Center, in Philipsburg, Pennsylvania).

Accordingly, this matter is dismissed without prejudice. An accompanying Order is contemporaneously issued.

Date:   August 21, 2025              _____/s/_____
                                     JIA M. COBB
                                     United States District Judge

---

[1] The Court may take judicial notice of information from official public websites of government agencies. *See Cannon v. Dist. of Columbia*, 717 F.3d 200, 205 n.2 (D.C. Cir. 2013).